United States Bankruptcy Court
Middle District of Tennessee

IN RE:                                      )
                                            )
JON CHRISTOPHER SPRAGUE and                 )        CASE NO. 3:24-bk-04021
STEPHANI DANAE SPRAGUE,                      )        CHAPTER 7
                                            )        JUDGE WALKER
        Debtors.                            )
                                            )
                                            )
ERICA R. JOHNSON, TRUSTEE,                  )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        ADV. NO. 3:26-ap-90060
                                            )
TN HOMEBUYERS, INC. and                     )
THE 649 WALL ROAD TRUST,                    )
                                            )
        Defendants.                         )

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

To the Defendant(s): YOU ARE SUMMONED and required to file a motion or answer to the
complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days
after the date of issuance of this summons, except that the United States and its offices and agencies
shall file a motion or answer to the complaint within 35 days.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
701 BROADWAY, ROOM 170
NASHVILLE, TN 37203

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

TRENT MERIWETHER
THOMPSON BURTON PLLC
1801 WEST END AVENUE
SUITE 1550
NASHVILLE, TN 37203

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF TENNESSEE<br><br>Please visit the Court's website at<br>www.tnmb.uscourts.gov for information regarding<br>Judge Walker's Procedures prior to the hearing date. | COURTROOM 2<br>(or Virtual<br>Hearing if<br>allowed; see<br>website for<br>details) |
| | DATE & TIME<br>8/5/2026<br>11:00 A.M. |

**If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the bankruptcy court and judgment by default may be taken against you for the relief demanded in the complaint.**

To the Plaintiff(s): You must serve this Summons and Notice of Pretrial Conference together with the complaint no later than 7 days after the issuance date shown below. If more than 7 days pass before service is completed, a new summons must be requested and served.

6/8/2026
Issuance Date

/s/    Vanessa A. Lantin
Clerk of the Bankruptcy Court

By: /s/    Lauren Quarles
Courtroom Deputy Clerk



# CERTIFICATE OF SERVICE

I, Trent Meriwether _____ certify that service of this summons and a copy of the complaint was made June 9, 2026 _____ by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

TN Homebuyers, Inc.
Erin Dias, Registered Agent
3007 Hollowfield Lane
Greenbrer, TN 37073

The 649 Wall Road Trust
Erin Dias, Trustee
PO Box 695
Madison, TN 37116

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

☐ If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date June 9, 2026 _____         Signature _____

Print Name:                              Trent Meirwether

Business Address:                        Thompson Burton PLLC

                                         6100 Tower Cir., Ste. 200

                                         Franklin, TN 37067